IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| In re:<br><br>XMH CORP. 1,<br>(f/k/a Hartmarx Corporation, *et al.*,<br><br>Debtors. | Case No. 09-02046 (BWB)<br>(Jointly Administered)<br>Chapter 11<br><br>Hon. Bruce W. Black |
| PUSSER'S (2001) LIMITED,<br><br>Appellant,<br><br>v.<br><br>HMX, LLC and HMX POLAND S.P.Z.O.O.,<br>LUXEMBOURG BRANCH,<br><br>Appellees. | District Court Case No. 11-04659<br>Hon. Rebecca R. Pallmeyer<br><br>Appellate Case No. 12-2020 |

**AGREED MOTION FOR VOLUNTARY DISMISSAL**

In accordance with discussions held under Federal Rule of Appellate Procedure 33 and with the consent of the Appellees, the Appellant moves the Court to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b), each party to bear its own respective attorneys' fees and costs.

Dated September 28, 2012

Respectfully Submitted,

/s/ Peter A. Siddiqui
Peter A. Siddiqui, Esq. (ARDC #6278445)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661
Telephone: (312) 902-5200
peter.siddiqui@kattenlaw.com

- and –

Michael F. Sarney, Esq.
Matthew W. Olsen, Esq.
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
michael.sarney@kattenlaw.com
adrienne.blankley@kattenlaw.com

**ATTORNEYS FOR HMX POLAND SP.Z.O.O., LUXEMBOURG BRANCH AND HMX, LLC**

/s/ Douglas J. Lipke
Douglas J. Lipke, Esq. (#3124576)
William W. Thorsness, Esq. (#6290913)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003
Telephone: (312) 609-7500
Facsimile: (312) 609-5005
dlipke@vedderprice.com
wthorsness@vedderprice.com

- and -

James M. Slattery
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22040-0747
Telephone: (703) 205-8000
Facsimile: (703) 205-8050
JMS@bskb.com; and mailroom@bskb.com

**ATTORNEYS FOR PUSSER'S (2001) LTD.**

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a copy of the foregoing **AGREED MOTION FOR VOLUNTARY DISMISSAL** to be served upon:

| | |
|---|---|
| U.S. Trustee<br>Patrick S. Layng<br>Office of the U.S. Trustee, Region 11<br>219 S. Dearborn Street<br>Room 873<br>Chicago, IL 60604 | Counsel to Debtors:<br>George Panagakis<br>Mark E. Rakoczy<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive<br>Suite 2700<br>Chicago, IL 60606 |
| Counsel to HMX, LLC<br>Peter A. Siddiqui<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street<br>Chicago, Illinois 60661 | Counsel to HMX, LLC<br>Kristin C. Wigness<br>Adrienne W. Blankley<br>Michael F. Sarney<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, New York 10022 |

by electronic means and by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street, Suite 2600, Chicago, Illinois 60601-1003 on September 28, 2012.

By: /s/ Douglas J. Lipke